UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 4:00-CR-0376-SNL |
| JOHNNY SAENZ, | |
| Defendant. | |

**ORDER**

This matter is before the court to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case on December 19, 2000. Upon further review of the restitution ordered in this matter, the Court has determined that Shane Patrick Furnish (4:00-CR-0376-SNL) and Christian Hernandez (4:00-CR-0376-SNL) shall be jointly and severally liable with defendant Johnny Saenz for the restitution ordered in the judgment dated December 19, 2000.

Dated this __9th__ day of August, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE